**Charles STRAUGHTER, Petitioner—Appellant,**

v.

**Patricia STANSBERRY, Warden, Respondent—Appellee.**

No. 05–6178.

United States Court of Appeals, Fourth Circuit.

Submitted July 27, 2005.

Decided Aug. 3, 2005.

Charles Straughter, Appellant pro se.

Before KING, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Charles Straughter, a federal prisoner, appeals from the district court's order dismissing without prejudice his 28 U.S.C. § 2241 (2000) petition, which challenged the Bureau of Prisons' computation of good time credits, for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Straughter v. Stansberry,* No. CA–04–865 (E.D.N.C. filed Jan. 10, 2005; entered Jan. 19, 2005). We dispense with oral argu-

ment because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*